Isabel Davis, defendant in error, v. Abner Davis, plaintiff in error. Gen. No. 25,840.

Action to recover for alienation of husband's affections. Judgment for plaintiff. Error to the Circuit Court of Cook county; the Hon. Charles M. Walker, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1920. Reversed and remanded. Opinion filed January 28, 1921.

Dent, Dobyns & Freeman, for plaintiff in error. A. D. Gash, for defendant in error.

Mr. Justice Matchett delivered the opinion of the court.